1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LIONEL TATE, SR.,                        No.  2:16-cv-2336 CKD P

12               Plaintiff,

13        v.                                  ORDER AND

14   L. CHAVEZ, et al.,                       FINDINGS AND RECOMMENDATIONS

15               Defendants.

16

17        On September 29, 2016, defendants Chavez, Myers and the California Department of

18   Corrections and Rehabilitation removed this action pursuant to 28 U.S.C. § 1441 from the

19   Superior Court of Solano County.  Defendants' asserted basis for removal is that plaintiff asserts

20   claims arising under federal law.  See id. & § 1331.

21        Plaintiff objects to removal.  Essentially, plaintiff asserts it was not his intent to assert a

22   claim arising under Federal law in his August 18, 2016 amended complaint (ECF No. 1-6).

23        In the amended complaint, plaintiff does not identify a specific cause of action arising

24   under federal law.  He does, within the context of the claims identified, assert his right to equal

25   protection of the laws was violated, suggesting a violation of the Fourteenth Amendment.  He

26   also asserts that he was retaliated against for filing inmate grievances, suggesting a violation of

27   the First Amendment.   In his objections to removal, however, plaintiff asserts he used terms

28   "equal protection" and "retaliation" in reference to acts prohibited under the California

                                          1

1   Constitution, not the United States Constitution.

2        In light of the foregoing, the court will recommend that this action be remanded to the

3   Superior Court of Solano County due to lack of subject matter jurisdiction.  Even if the court

4   construed plaintiff's amended complaint liberally[1] to state a claim for relief under federal law,

5   plaintiff has essentially requested that such claims be dismissed.

6        Accordingly, IT IS HEREBY ORDERED that a district court judge be assigned to this

7   case.

8        IT IS HEREBY RECOMMENDED that:

9       1.  Any claim arising under federal law in plaintiff's August 18, 2016 amended complaint

10   be deemed voluntarily dismissed; and

11       2.  Plaintiff's August 18, 2016 amended complaint be remanded to the Superior Court of

12   Solano County.

13        These findings and recommendations are submitted to the United States District Judge

14   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

15   after being served with these findings and recommendations, any party may file written

16   objections with the court and serve a copy on all parties.  Such a document should be captioned

17   "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

18   objections shall be served and filed within fourteen days after service of the objections.  The

19   parties are advised that failure to file objections within the specified time may waive the right to

20   appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

21   Dated:  January 20, 2017

22                       _____

23                       CAROLYN K. DELANEY
                    UNITED STATES MAGISTRATE JUDGE

24   1/tate2336.rem

25

26

27

28

---

[1]  District courts must generally liberally construe the pleadings of pro se prisoner plaintiffs.
Resnick v. Hayes, 213 F.3d 443, 448 (9th Cir. 2000).