UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL TATE, SR., | No. 2:16-cv-2336 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| L. CHAVEZ, et al., | |
| Defendants. | |

On September 29, 2016, defendants removed plaintiff's civil complaint from the Superior Court of Solano County to this court. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 20, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 20, 2017, are adopted in full;

2. Any claim arising under federal law in plaintiff's August 18, 2016 amended complaint is deemed voluntarily dismissed;

3. Plaintiff's August 18, 2016 amended complaint is remanded to the Superior Court of Solano County; and

4. This case is closed.

Dated: February 24, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

tate2336.801